UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:10-cr-00206-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **NATHANIEL BLACK,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on the government's Motion to Dismiss Indictment. Having considered the government's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government's Motion to Dismiss Indictment (#46) is GRANTED, the Bill of Indictment in this matter is DISMISSED without prejudice, and this action is terminated.

The Clerk of Court is instructed to send a copy of this Order to the U.S. Marshal and U.S. Probation and Pretrial Services.

Signed: March 13, 2013

Max O. Cogburn Jr.
United States District Judge